UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL LORANDOS,

        Plaintiff,

-against-

SUSAN MUELLER, et al.,

        Defendants.

No. 23-CV-7369 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's notice of voluntary dismissal without prejudice of Defendant Carol Moores, (see dkt. no. 40), as well as Defendant Moores's letter response, (see dkt. no. 41).  Counsel for Plaintiff and counsel for Moores shall appear for a teleconference at 10:00 a.m. on May 29, 2024, to address Plaintiff's proposed dismissal.  The dial-in for the teleconference is:  (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:    May 24, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1